NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000525
17-JUL-2013
08:37 AM

NO. CAAP-11-0000525

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


FIRST HAWAIIAN BANK, Plaintiff-Appellee,
v.
ROGER P. CHADWICK, Defendant-Appellant,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS
1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL
UNITS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0164(2))


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the Notice of Defendant Roger P. Chadwick's Motion for Reconsideration of this Court's Summary Disposition Order filed ex officio on July 1, 2013 in the Circuit Court of the Second Circuit,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, July 17, 2013.


Chief Judge


Associate Judge


Associate Judge